IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| BANILLA GAMES, INC. and GROVER GAMING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> GAS N SNACK CORP., and ASIF SHARIF, <br><br> Defendants. | Civil Action No. 1:23-cv-00774-AJT-LRV |

### ORDER OF DISMISSAL

This day came the Plaintiffs, Banilla Games, Inc. ("**Banilla**"), Grover Gaming, Inc. ("**Grover**"), by counsel, and represented to the Court that Banilla, Grover, and Defendants, Gas N Snack Corp. ("**Gas N Snack**"), and Asif Sharif ("**Mr. Sharif**"), (collectively, the "**Defendants**" and, together with Plaintiffs, the "**Parties**"), have settled and resolved all issues in dispute between them in connection with the above-styled matter. Upon consideration of the foregoing, it is hereby

**ORDERED** that this action be, and the same hereby is, dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) with each party bearing that party's own attorney's fees and costs; and

**ORDERED** that the Court shall retain jurisdiction of this mater for the purposes of enforcing the terms of the Parties' settlement agreement and the terms in the Consent Order for Permanent Injunction entered by the Court.

**SO ORDERED** on this 26th day of July, 2023.

_____
Anthony J. Trenga
Senior U.S. District Judge